IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| GUNTER K. HOFMANN,<br>Derivatively on Behalf of Nominal<br>Defendant CAREMARK RX, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>EDWIN M. BANKS; C. DAVID BROWN, II;<br>COLLEEN CONWAY-WELCH; EDWIN M.<br>CRAWFORD; HARRIS DIAMOND; JAMES<br>H. DICKERSON, JR.; KRISTEN E. GIBNEY<br>WILLIAMS; EDWARD L. HARDIN, JR.;<br>ROGER L. HEADRICK; TED H.<br>MCCOURTNEY; C.A. LANCE PICCOLO;<br>JOHN J. ARLOTTA; CHARLES C. CLARK;<br>PETER J. CLEMENS, IV; SARA J. FINLEY;<br>BRADLEY S. KARRO, and MARK S.<br>WEEKS,<br><br>    Defendants,<br><br>and<br><br>CAREMARK RX, INC.,<br><br>    Nominal Defendant. | CIVIL ACTION NO.:<br>CV-02-N-1827-S |

## CONSENT MOTION TO REMAND

  COME NOW Defendants Edwin M. Banks ("Banks"), C. David Brown, II ("Brown"), Colleen Conway-Welch ("Conway-Welch"), Edwin M. Crawford ("Crawford"), Harris Diamond ("Diamond"), James H. Dickerson, Jr. ("Dickerson"), Kristen E. Gibney-Williams ("Gibney-Williams"), Edward L. Hardin, Jr. ("Hardin"), Roger L. Head rick ("Headrick"), Ted H. McCourtney ("McCourtney"), C.A. Lance Piccolo ("Piccolo"), John J. Arlotta

B0215541             1

("Arlotta"), Charles C. Clark ("Clark"), Peter J. Clemens, IV ("Clemens), Sara J. Finley ("Finley"), Bradley S. Karro ("Karro"), and Mark S. Weeks ("Weeks") (collectively "Defendants") and, pursuant to 28 U.S.C. § 1447(c), hereby move this Court to remand the above-captioned action to the Circuit Court of Jefferson County, Alabama.

At the time Defendants removed this case (formerly styled as <u>Hofmann v. Banks et al.</u>, Civil Action No. CV 02 3861, Circuit Court, Jefferson County, Alabama), Defendants had a good-faith basis upon which to seek removal. After filing their removal petition, Defendants became aware of facts and circumstances suggesting that this Court lacks subject matter jurisdiction. Desiring to avoid delay and to conserve the resources of this Court and the parties, Defendants respectfully request that the Court remand this action, pursuant to its authority under 28 U.S.C. § 1447(c), to the Circuit Court of Jefferson County, Alabama.

Counsel for Defendants has contacted Plaintiff's counsel about this motion and Plaintiff consents to the motion and the relief sought. Nominal Defendant Caremark Rx, Inc. also consents to the motion and the relief sought. Caremark Rx, Inc.'s consent is attached to this motion as Exhibit A, and a proposed Order is attached as Exhibit B.

Respectfully submitted this ___ day of August, 2002.

W. Michael Atchison, Esq. (ATC 003)
Attorney for Defendants

OF COUNSEL:

STARNES & ATCHISON LLP
Seventh Floor Brookwood Place
P.O. Box 598512
Birmingham, AL 35209
Tel: (205) 868-6000
Fax: (205) 868-6099

M. Robert Thornton  
Georgia Bar No. 710475  
Philip E. Holladay, Jr.  
Georgia Bar No. 361008  
B. Warren Pope  
Georgia Bar No. 583723  
Robert C. Khayat, Jr.  
Alabama Bar No. (KHA-001)

KING & SPALDING  
191 Peachtree Street N.E.  
Atlanta, GA 30303  
Tel: (404) 572-4600  
Fax: (404) 572-5142

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have on this date served a copy of the foregoing CONSENT MOTION TO REMAND on counsel of record for all parties by depositing a copy of same in the U.S. Mail, with adequate postage affixed thereto, addressed as follows:

| | |
|---|---|
| Michael Straus, Esq. | Robert B. Weiser, Esq. |
| Lange Clark, Esq. | Eric L. Zagar, Esq. |
| Straus & Boies, LLP | Schiffrin & Barroway, LLP |
| 1130 22nd Street South | Three Bala Plaza East, Suite 400 |
| Birmingham, Alabama 35205 | Bala Cynwyd, PA 19004 |

This _____ day of August, 2002.

*W. Michael Atchison*  
W. Michael Atchison, Esq.  
Starnes & Atchison, LLP  
100 Brookwood Place, 7th Floor  
Birmingham, AL 35209  
Tel: (205) 868-6000  
Fax: (205) 868-6099

© Legal Dimensions 1982

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |  |
|---|---|---|
| GUNTER K. HOFMANN,<br>Derivatively on Behalf of Nominal<br>Defendant CAREMARK RX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>EDWIN M. BANKS; C. DAVID BROWN, II;<br>COLLEEN CONWAY-WELCH; EDWIN M.<br>CRAWFORD; HARRIS DIAMOND; JAMES<br>H. DICKERSON, JR.; KRISTEN E. GIBNEY<br>WILLIAMS; EDWARD L. HARDIN, JR.;<br>ROGER L. HEADRICK; TED H.<br>MCCOURTNEY; C.A. LANCE PICCOLO;<br>JOHN J. ARLOTTA; CHARLES C. CLARK;<br>PETER J. CLEMENS, IV; SARA J. FINLEY;<br>BRADLEY S. KARRO, and MARK S.<br>WEEKS,<br><br>Defendants,<br><br>and<br><br>CAREMARK RX, INC.,<br><br>Nominal Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.:<br>CV-02-N-1827-S |

## CAREMARK RX, INC.'S CONSENT TO AND
## JOINDER IN CONSENT MOTION TO REMAND

Nominal Defendant Caremark Rx, Inc. ("Caremark") is identified as a nominal defendant in <u>Hofman v. Banks et al.</u>, which is currently pending in the United States District Court for the Northern District of Alabama, Civil Action No. CV 02 3861.

Caremark hereby respectfully consents to and joins in the Consent Motion to Remand, which Motion seeks remand of the above-captioned action to the Circuit Court of Jefferson County, Alabama.

Respectfully submitted,

Edward L. Hardin, Jr.
Executive Vice-President and General
Counsel for Caremark Rx, Inc.

B0215541

© Legal Dimensions 1982

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| GUNTER K. HOFMANN,<br>Derivatively on Behalf of Nominal<br>Defendant CAREMARK RX, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>EDWIN M. BANKS; C. DAVID BROWN, II;<br>COLLEEN CONWAY-WELCH; EDWIN M.<br>CRAWFORD; HARRIS DIAMOND; JAMES<br>H. DICKERSON, JR.; KRISTEN E. GIBNEY<br>WILLIAMS; EDWARD L. HARDIN, JR.;<br>ROGER L. HEADRICK; TED H.<br>MCCOURTNEY; C.A. LANCE PICCOLO;<br>JOHN J. ARLOTTA; CHARLES C. CLARK;<br>PETER J. CLEMENS, IV; SARA J. FINLEY;<br>BRADLEY S. KARRO, and MARK S.<br>WEEKS,<br><br>        Defendants,<br><br>and<br><br>CAREMARK RX, INC.,<br><br>        Nominal Defendant. | CIVIL ACTION NO.:<br>CV-02-N-1827-S |

## ORDER

This matter was brought before the Court on _____, 2002 on a Consent Motion to Remand. Having reviewed the Motion, and pursuant to its authority under 28 U.S.C. § 1447(c), this Court hereby orders that the Consent Motion to Remand is **GRANTED**.

B0215541

Accordingly, the above-captioned case is **REMANDED** to the Circuit Court of Jefferson County, Alabama, with each side to bear its own costs.

This ____ day of _____, 2002.

_____
The Honorable Edwin L. Nelson
United States District Court Judge