IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| GUNTER K. HOFMANN,<br>Derivatively on Behalf of Nominal<br>Defendant CAREMARK RX, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>EDWIN M. BANKS; C. DAVID BROWN, II;<br>COLLEEN CONWAY-WELCH; EDWIN M.<br>CRAWFORD; HARRIS DIAMOND; JAMES<br>H. DICKERSON, JR.; KRISTEN E. GIBNEY<br>WILLIAMS; EDWARD L. HARDIN, JR.;<br>ROGER L. HEADRICK; TED H.<br>MCCOURTNEY; C.A. LANCE PICCOLO;<br>JOHN J. ARLOTTA; CHARLES C. CLARK;<br>PETER J. CLEMENS, IV; SARA J. FINLEY;<br>BRADLEY S. KARRO, and MARK S.<br>WEEKS,<br><br>    Defendants,<br><br>and<br><br>CAREMARK RX, INC.,<br><br>    Nominal Defendant. | CIVIL ACTION NO.:<br>CV-02-N-1827-S<br><br>**ENTERED**<br>AUG 0 5 2002<br><br>So ordered<br><br>AUG 0 5 2002<br>EDWIN L. NELSON<br>U.S. DISTRICT JUDGE |

## CONSENT MOTION TO REMAND

COME NOW Defendants Edwin M. Banks ("Banks"), C. David Brown, II ("Brown"), Colleen Conway-Welch ("Conway-Welch"), Edwin M. Crawford ("Crawford"), Harris Diamond ("Diamond"), James H. Dickerson, Jr. ("Dickerson"), Kristen E. Gibney-Williams ("Gibney-Williams"), Edward L. Hardin, Jr. ("Hardin"), Roger L. Head rick ("Headrick"), Ted H. McCourtney ("McCourtney"), C.A. Lance Piccolo ("Piccolo"), John J. Arlotta